UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✓) |
| TELEPHONE ( ) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL     (✓) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Thursday, July 7, 2005 @ 1:00 p.m.

CASE NUMBER: 3:CV-05-1157

CAPTION:     Gordon v. Home Depot

COUNSEL FOR PLAINTIFF:            James A. Gibbons, Esquire

COUNSEL FOR DEFENDANT:            Michael McGrath, Esquire

**CONFERENCE RESULTS:**

- Rule 26 disclosures have been made.
- Plaintiff has initiated written discovery. Defendant has not.
- Home Depot will not attempt to absolve itself of negligence because person causing accident belonged to another related company. No need to add third party.
- Will be requesting an IME.
- Discovery to initially run until September 30, 2005 to include experts.
- Parties signed and court approved a confidentiality agreement to be filed by court.