UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | ( ) |
| TELEPHONE ( ) | PRETRIAL CONFERENCE | (✓) |
| ACTUAL (✓) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Wednesday, November 15, 2006 @ 10:00 a.m.

CASE NUMBER: 3:CV-05-1157

CAPTION:   Gordon v. Home Depot

COUNSEL FOR PLAINTIFF:         James A. Gibbons, Esquire

COUNSEL FOR DEFENDANT:     Michael E. McGrath, Esquire
                                                      Suzanne Tighe, Esquire
                                                      Walter L. McDonough, Esquire

---

**CONFERENCE RESULTS:**

♦    Pre-trial conference held.  Trial scheduled for February 20, 2007 @ 8:30 a.m.